| | |
|---|---|
| 1 | Tom Dutton, Esquire |
| 2 | PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.<br>2001 Park Place North, Suite 1100<br>Birmingham, AL 35203 |
| 3 | Telephone: (205) 322-8880<br>Facsimile: (205) 328-2711 |
| 4 | |
| 5 | Attorney for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Docket No.: 3:05-CV-03799<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Barbara Peterman,<br><br>            Plaintiff,<br><br>    vs.<br><br>Pfizer, Inc., et al.<br><br>            Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, BARBARA PETERMAN and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: April 3, 2009        By: _____
                                 Tom Dutton
                                 PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
                                 2001 Park Place North, Suite 1100
                                 Birmingham, AL 35203
                                 Telephone: (205) 322-8880
                                 Facsimile: (205) 328-2711

                                 Attorney for Plaintiff

DATED: Sept. 28, 2009       By: _____

                                 DLA PIPER LLP (US)
                                 1251 Avenue of the Americas
                                 New York, NY 10020
                                 Telephone: (212) 335-4500
                                 Facsimile: (212) 335-4501
                                 *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 9/30/09            _____
                          Hon. Charles R. Breyer
                          United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**